UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 DEC 20  A 5:04

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 07MJ8983 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| JORGE BARERRA ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/(Magistrate) Judge, **LEO S. PAPAS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

BELIA GUADALUPE AMBRIZ-PULIDO

DATED: 12/20/2007

**LEO S. PAPAS**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by  R. Muller
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082