# U.S. CUSTOMS AND BORDER PROTECTION
## Department of Homeland Security

**FACSIMILE TRANSMITTAL**
CD 2110-035

Date:                                                              Control Number:

**TO**

| | |
|---|---|
| Name: | Linda King |
| Organization: | Material Witness Attorney |
| Fax Number: | 619-233-4516 |
| Number of Pages (including cover): | 8 |

**FROM**

| | |
|---|---|
| Sender: | Izabel Figueroa |
| Originating Location: | CBP Enforcement Officer<br>Calexico Port of Entry<br>Calexico, CA |
| Return FAX Number: | (760) 357-7907 |
| Voice Number: | (760) 768-2636 |

**REMARKS**

Remand:
1) Juanita BARRAZA Montes A# 88 917 178
2) Maria Elizabeth MUNOZ Barraza A# 88 917 179
3) Belia Guadalupe AMBRIZ Pulido A# 79 779 232 ( I could not find the exact i-275 but this is a copy of her verification that she returned to Mexico.)

**Important:** This document may contain confidential and sensitive U.S. Government information. Please deliver it immediately only to the intended recipient(s) listed above. The Bureau of Customs and Border Protection has not approved the documents review, retransmission, dissemination or use by anyone other than the intended recipient(s).

CBP Form 3 (05/03)

